**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, | : | No. 362 MAL 2019 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOANNE D. PIOTROWSKI AND STEPHEN X. PIOTROWSKI, | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.